**E-Filed: 05-24-10**
**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent,<br><br>vs.<br><br>EVARISTO PEREZ,<br><br>    Defendant-Petitioner. | CASE NO.: CV 08-06648 MMM<br>             CR 05-00668-MMM<br><br>JUDGMENT |

On Ocober 9, 2008 petitioner Evaristo Perez filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence that the court imposed on him in *United States v. Woodland et al.*, Case No. CR 05-00668 MMM.  The court has considered the record and the briefs of the parties and issued an order denying the motion.  Therefore,

IT IS ORDERED AND ADJUDGED

　　　1. That petitioner Evaristo Perez's § 2255 motion be denied; and

　　　2. That the action be, and it hereby is, dismissed.

DATED: May 24, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE